[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11489

Non-Argument Calendar

_____

CHRISTOPHER LEE AMERSON,

Plaintiff-Appellant,

*versus*

DOCTOR BRADFORD,
MACON SP WARDEN,
DEPUTY WARDEN OF MACON STATE PRISON,
JOHN DOE,
Medical Director,
WILLIAMS, et al.,

Defendants-Appellees.

_____

2                         Opinion of the Court                    25-11489

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:23-cv-00268-MTT-CHW

_____

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Christopher Amerson appeals from the district court's April 8, 2025, order denying his construed motion for reconsideration of the court's order dismissing his claims brought under 42 U.S.C. § 1983 against several defendants. Neither order is final and appealable, however, because the district court did not dismiss Amerson's deliberate indifference claim against defendant Bradford, which remains pending, or include a Rule 54(b) certification that would permit us to consider its order of dismissal as a final and appealable judgment. *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (noting that an order that disposes of fewer than all claims against all parties to an action is not immediately appealable absent certification pursuant to Rule 54(b)).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.